NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DARRELL D. SNELL, DOC #893030,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D18-3618
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed September 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; J. Frank Porter, Judge.


PER CURIAM.

Affirmed.


SILBERMAN, VILLANTI, and LaROSE, JJ., Concur.